IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LANCE HOUSE,<br>　　Plaintiff,<br><br>v.<br><br>PALESTINE I ENTERPRISES, LLC<br>d/b/a GREENBRIER NURSING AND<br>REHABILITATION CENTER OF<br>PALESTINE,<br>　　Defendant. | §§§§§§§§§§ | CIVIL ACTION NO. 6:11cv227 |

## AGREED ORDER OF DISMISSAL

On this day the Court considered the Agreed Order of Dismissal with Prejudice and after reviewing the evidence, finds that the Order should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Agreed Order of Dismissal with Prejudice is **GRANTED** and the above-styled and numbered cause is dismissed as to Defendant Palestine I Enterprises. LLC d/b/a Greenbrier Nursing and Rehabilitation Center of Palestine with prejudice to Plaintiff. Each party shall bear responsibility for its own costs.

So ORDERED and SIGNED this 15th day of August, 2011.

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE

**AGREED:**

_____
Curtis B. Stuckey

Stuckey, Garrigan & Castetter Law Offices
2803 C. North Street
Nacogdoches, TX 75963-1902

Attorney for Plaintiff


_____
Robert C. Wiegand
Jennifer M. Owens

GODWIN RONQUILLO, PC
1201 Elm Street, Suite 1700
Dallas, TX 75270

Attorney for Defendant